JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHELLE MOSTAJO,<br><br>       Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, a Registered Corporation, JENNIFER PROULX, an individual, RAYMOND BALTAZAR, an individual, SUSAN LOFTUS, an individual, OLGA QUALE, an individual, and DOES 1-25, inclusive,<br><br>       Defendants. | Case No. CV 09-08947 JAK (FFMx)<br><br>The Honorable John A. Kronstadt<br>Courtroom 750<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT ALLSTATE INSURANCE COMPANY** |

The Court, having granted defendant Allstate Insurance Company's motion for summary judgment by its Order entered on December 21, 2011, hereby enters judgment in favor of defendant Allstate Insurance Company and against plaintiff Michelle Mostajo.

///

///

///

It is further ordered and adjudged that plaintiff Michelle Mostajo shall pay defendant Allstate Insurance Company its reasonable costs of suit as determined by the Clerk of Court according to proof.

Dated: January 3, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE

201194457.2