1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10              WESTERN DIVISION
11

| | |
|---|---|
| 12 MICHELLE MOSTAJO, | Case No. CV 09-08947 JAK (FFMx) |
| 13       Plaintiffs, | The Honorable John A. Kronstadt |
| 14 v. | Courtroom 750 |
| 15 ALLSTATE INSURANCE COMPANY, a Registered Corporation, | [PROPOSED] FINAL JUDGMENT IN FAVOR OF DEFENDANT |
| 16 JENNIFER PROULX, an individual, RAYMOND BALTAZAR, an | ALLSTATE INSURANCE COMPANY |
| 17 individual, SUSAN LOFTUS, an individual, OLGA QUALE, an | |
| 18 individual, and DOES 1-25, inclusive, | |
| 19       Defendants. | |

20
21          The Court, having granted defendant Allstate Insurance Company's motion for

22  summary judgment by its Order entered on December 21, 2011, hereby enters judgment

23  in favor of defendant Allstate Insurance Company and against plaintiff Michelle

24  Mostajo.

25  ///

26  ///

27  ///

28

1

2          It is further ordered and adjudged that plaintiff Michelle Mostajo shall pay

3   defendant Allstate Insurance Company its reasonable costs of suit as determined by the

4   Clerk of Court according to proof.

5

6   Dated: _____          _____

7                                          JOHN A. KRONSTADT
                                     UNITED STATES DISTRICT COURT JUDGE
8

9   201194457.2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 09-08947 JAK (FFMx)
                                           [PROPOSED] JUDGMENT IN FAVOR OF
                                           ALLSTATE INSURANCE COMPANY